John P. Fuller, Esq., *pro hac vice*
jpf@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
   and
Donald A. MacKay    Bar #138540
don@damackay.com
Donald A. MacKay, Attorney-At-Law
1288 West Fernleaf Avenue
Pomona, CA   91766
Telephone: 202-642-4646
Facsimile: 707-622-5298
*Attorneys for Plaintiff*

Rajiv Jain, Esq.    Bar #231273
raj@jainlawgroup.com
Jain Law Group
8 Corporate Park, Suite 300
Irvine, CA   92606
Telephone: (949) 379-7165
Facsimile: (946) 379-7163
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Meggs, Individually, | Case # 2:16-cv-9526-MWF (FFMx) |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| AKIRA YAJSVI, a California Limited Liability Company, | |
| Defendant. | |

Plaintiff and Defendant, through their respective counsel and pursuant to a Settlement Agreement executed between the parties which resolves all matters in dispute herein, hereby stipulate and request that the Court dismiss this action with prejudice and retain jurisdiction to enforce said Settlement Agreement.

Respectfully Submitted,

Dated: December 15, 2017     /s/ Donald A. MacKay
                             Donald A. MacKay – Attorney for Plaintiff

Dated: December 15, 2017     /s/ John P. Fuller
                             John P. Fuller – Attorney for Plaintiff

Dated: December 15, 2017     /s/ Rajiv Jain
                             Rajiv Jain – Attorney for Defendant

### Attestation [CACD L.R. 5-4.3.4(a)(2)(i)]

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: **December 15, 2017**     /s/ John P. Fuller
                                 John P. Fuller – Attorney for Plaintiff